UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIGITTE AKWEI, DONNA SIMS and JOE DREW, individually and on behalf of all others similarly situated,

                           Plaintiffs,

        v.

RECKITT BENCKISER LLC,

                           Defendant.

Case No. 17-cv-06080-LGS

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE THAT**, upon the accompanying October 27, 2017 letter brief submitted by Defendant Reckitt Benckiser LLC ("Defendant") in accordance with this Court's October 3, 2017 Order (Dkt. No. 14) and this Court's direction at the October 3, 2017 Initial Pretrial Conference in this matter, Defendant, by and through its counsel Sheppard, Mullin, Richter & Hampton LLP, shall move before the Honorable Lorna G. Schofield, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, on a date and time to be determined by the Court, for an Order dismissing all claims/allegations in the Class Action Complaint filed by Plaintiffs Brigitte Akwei, Donna Sims and Joe Drew, pursuant to Rule 12(b)(1) and (2) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

-1-

-2-

Dated:  New York, New York          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        October 27, 2017


            By:      /s/ *Thomas M. Monahan*
                     Paul W. Garrity
                     Thomas M. Monahan
                     Shin Y. Hahn


                     30 Rockefeller Plaza
                     New York, NY 10112
                     Telephone: (212) 653-8700
                     Facsimile: (212) 653-8701
                     pgarrity@sheppardmullin.com
                     tmonahan@sheppardmullin.com
                     shahn@sheppardmullin.com

            *Attorneys for Reckitt Benckiser LLC*